**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathanial Sheppard, | No. CV-20-01935-PHX-DJH (MTM) |
| Plaintiff, | **ORDER** |
| v. | |
| County of Gila, et al., | |
| Defendants. | |

This matter is before the Court on Defendants Travis Todd and Gila County's Motion for Attorney's Fees and the Report and Recommendation ("R&R") issued by United States Magistrate Judge Michael T. Morrissey (Doc. 55). Therein, Magistrate Judge recommends that Defendants' Motion for Attorneys' Fees be denied. (*Id.*)

Judge Morrissey advised the parties that they had fourteen days to file objections. (Doc. 55 at 7). The parties have not filed objections and the time to do so has expired. Absent any objections, the Court is not required to review the findings and recommendations in the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1989) (the relevant provision of the Federal Magistrates Act, 28 U.S.C. § 636(b)(1)(C), "does not on its face require any review at all . . . of any issue that is not the subject of an objection").

The Court has nonetheless reviewed the R&R and agrees with its findings and recommendations. The Court will, therefore, accept the R&R. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3)

1   (same).

2       Accordingly,

3       **IT IS ORDERED** that Magistrate Judge Morrissey's R&R (Doc. 55) is **accepted**

4   and **adopted** as the order of this Court.  As stated in the R&R, Defendants' Motion for

5   Attorneys' Fees (Doc. 50) is **denied**.

6       Dated this 13th day of September, 2022.

Honorable Diane J. Humetewa
United States District Judge

- 2 -